UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANDACE ERMELS,<br><br>           Plaintiff,<br><br>  v.<br><br>SHORELINE SCHOOL DISTRICT,<br><br>           Defendant. | CASE NO. 2:20-cv-00893-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Candace Ermels moves for entry of default judgment against Defendant Shoreline School District in the amount of $464,000.00. Dkt. 17.  The undersigned recommends that the motion be denied without prejudice.

## DISCUSSION

Plaintiff moves for entry of default judgment pursuant to Local Rules 7(d)(1) and 55. LCR 55. Federal Rule of Civil Procedure 55(b)(2), provides that default judgment may be entered:

> By the Court. In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has personally appeared or by a representative, that party or its representative must be served with written notice of the application at least seven days before the hearing. The court may conduct hearings or make referrals- preserving any federal statutory right to a jury trial ...

REPORT AND RECOMMENDATION - 1

Factors which may be considered by courts in exercising discretion as to the entry of a default judgment include: (1) the possibility of prejudice to the plaintiff, (2) the merits of plaintiff's substantive claim, (3) the sufficiency of the complaint, (4) the sum of money at stake in the action, (5) the possibility of a dispute concerning material facts, (6) whether the default was due to excusable neglect, and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits. *Eitel v. McCool*, 782 F.2d 1470, 1471–1472 (9th Cir.1986).

However, prior to filing a motion for default judgment, default must be entered by the Clerk of the Court. Fed. R. Civ. Pro. 55(a); LCR 55(b) ("No motion for judgment by default should be filed against any party unless the court has previously granted a motion for default against that party pursuant to LCR 55(a) or unless default otherwise has been entered.") Plaintiff has not previously requested that entry of default be entered.

Pursuant to LCR 55(a), a motion for entry of default must be noted in accordance with LCR 7(d)(1) and supported by affidavit "specifically show[ing] that the defaulting party was served in a manner in authorized by Fed. R. Civ. P. 4." Plaintiff certifies that she mailed copies of the summons and complaint by certified mail to Defendant's legal counsel (Dkt. 14) and by regular mail to Rebecca Miner at the Shoreline School District (Dkt. 15) (noting "District office was not open due to COVID for in person service."). Plaintiff has not specifically shown that the Defendant was served in a manner authorized by Rule 4.

Accordingly, it is recommended that Plaintiff's motion for default for default judgment (Dkt. 17) be denied without prejudice.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order.  Therefore, a notice of

REPORT AND RECOMMENDATION - 2

appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed and served upon all parties no later than **Wednesday, November 11, 2020**. The Clerk should note the matter for **Friday, November 13, 2020**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed five (5) pages. The failure to timely object may affect the right to appeal.

DATED this 23rd day of September, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 3