UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANDACE ERMELS,<br><br>                Plaintiff,<br><br>   v.<br><br>SHORELINE SCHOOL DISTRICT,<br><br>                Defendant. | CASE NO. 2:20-cv-00893-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

On September 23, 2020, the undersigned recommended dismissal without prejudice, of Plaintiff Candace Ermels' motion for default judgment because it was filed prematurely. Dkt. 19. Plaintiff filed objections to the report and recommendation on October 1, 2020 (Dkt. 22) and amended objections on November 9, 2020 (Dkt. 26). On November 24, 2020, Defendant Shoreline School District ("SD") filed a response to Plaintiff's objections. (Dkt. 32). The report and recommendation is pending.

In the meantime, on October 1, 2020, Plaintiff filed a second motion for default judgment. Dkts. 20 and 21. On October 9, 2020, SD filed a motion to dismiss for failure of Plaintiff to properly effect service of process. Dkt. 25. On November 9, 2020, Plaintiff filed an amended motion for default (Dkt. 28) and a motion to serve the SD by mail (Dkt. 29). On November 23, 2020, SD filed its opposition to Plaintiff's motion to serve by mail. Dkt. 31.

On December 1, 2020, Plaintiff notified the Court Clerk that she will be filing motions to strike all of SD's filings because the SD failed to serve her at her home address. Although

REPORT AND RECOMMENDATION - 1

1  Plaintiff, who is pro se, has litigated in this District before and signed up for the Court's
2  electronic filing (*see* Case 2:19-2019 RAJ-BAT), she has not done so in this case, which has
3  apparently led to some of this confusion.
4      In anticipation of the motions to strike and before this case spirals further out of control,
5  **the undersigned has, under separate order** (Dkt. 33) directed SD to mail all documents filed
6  by the SD to Plaintiff at her address in Shoreline, Washington, and to re-note its motion to
7  dismiss in accordance with Rule 7 at the time of mailing, thereby ensuring Plaintiff will receive
8  proper notice and sufficient time to respond to the motion to dismiss. The undersigned will
9  address the related motion to serve by mail (Dkt. 29) contemporaneously with the motion to
10 dismiss on the new noting date.
11     **The undersigned recommends that the District Court deny** Plaintiff's second motion
12 (Dkt. 20) and amended motion for default judgment (Dkt. 28). SD is represented by counsel,
13 who entered an appearance shortly after Plaintiff filed her second motion for default. Dkt. 24. SD
14 also filed a motion to dismiss based on Plaintiff's failure to properly serve the SD pursuant to the
15 Federal Rules of Civil Procedure. Dkt. 25.
16     Courts generally disfavor defaults because the interests of justice are best served by
17 obtaining a judgment on the merits whenever reasonably possible. *Pena v. Seguros La*
18 *Comerical, S.A.*, 770 F.2d 811, 814 (9th Cir. 1985). In this case, neither a default nor a default
19 judgment have been entered. In addition, there is no evidence that SD engaged in culpable
20 conduct that would fairly lead to a default. Rather, in its motion to dismiss, SD raises a legitimate
21 defense that it was never properly served. By filing a separate motion to serve SD by mail,
22 Plaintiff may have undermined her claim that she is entitled to a default judgment based on the
23 manner the Complaint was originally sent to SD.

REPORT AND RECOMMENDATION - 2

SD's challenge to personal jurisdiction requires resolution by the District Court (after it has been re-served and re-noted). Finally, Plaintiff will not be prejudiced by the denial of her motions for default because she will not be hindered in her ability to pursue her claims on the merits.

Accordingly, it is recommended that the motions for default (Dkt. 20 and 28) be **DENIED**.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Therefore, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed and served upon all parties no later than **Tuesday, December 15, 2020**. The Clerk should note the matter for **Thursday, December 17, 2020**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed five (5) pages. The failure to timely object may affect the right to appeal.

DATED this 2nd day of December, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge