UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANDACE ERMELS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHORELINE SCHOOL DISTRICT,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:20-cv-00893-RAJ-BAT<br><br>**ORDER DENYING MOTION TO STRIKE AS MOOT** |

Before the Court is Plaintiff Candace Ermels' Motion to Strike Pleadings/Impose Sanctions. Dkt. 36. In light of the Court's Order directing Defendant Shoreline School District to re-serve its filings and re-note its motion to dismiss (Dkt. 33) and Defendant's certificate of service filed December 2, 2020 (Dkt. 35), Plaintiff's motion is **denied as moot**.

DATED this 3rd day of December, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DENYING MOTION TO STRIKE AS MOOT - 1