UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANDACE ERMELS,<br><br>             Plaintiff,<br><br>   v.<br><br>SHORELINE SCHOOL DISTRICT,<br><br>             Defendant. | CASE NO. 2:20-cv-00893-RAJ-BAT<br><br>**BRIEFING SCHEDULE** |

This case is an appeal of a decision by the Office of Administrative Hearings in accordance with 20 U.S.C. § 1415(i)(2). Dkt. 8. The Court issues the following briefing schedule:

      1)    Forty-five (45) days following the filing of the administrative record by the OSPI, Administrative Resource Services, Defendant shall file its responsive brief and shall note it for consideration on a date no earlier than the fourth Friday after filing and service of the responsive brief.

      2)    Plaintiff's brief in opposition shall be filed and served not later than the Monday before the noting date.

      3)    Any reply papers shall be filed and served no later than the noting date.

      4)    Defendant's responsive brief and Plaintiff's brief in opposition shall not exceed twenty-four (24) pages. Any reply brief shall not exceed twelve (12) pages.

DATED this 17th day of August, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

BRIEFING SCHEDULE - 1