UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CANDACE ERMELS,

                Plaintiff,

   v.

SHORELINE SCHOOL DISTRICT,

                Defendant.

CASE NO. 2:20-cv-00893-RAJ-BAT

**ORDER DIRECTING PARTIES TO COMPLY WITH COURT'S SEPTEMBER 13, 2021 ORDER**

On September 13, 2021, parties were directed to submit a Joint Status Report by October 18, 2021. Dkt. 65. Plaintiff advises the Court that she has been unable to comply with this deadline due to a move and medical issue.

Accordingly, it is **ORDERED** that the parties' Joint Status Report is now due on **November 30, 2021.** The parties are reminded that *no separate reports* are to be filed. Rather, they must confer and submit a *joint* report. Plaintiff is responsible for initiating communications with defendant's counsel to comply with this Order.

DATED this 26th day of October, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge