UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANDACE ERMELS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHORELINE SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | CASE NO. 2:20-cv-00893-RAJ-BAT<br><br>**ORDER GRANTING MOTION FOR EXTENSION** |

The parties' Joint Status Report ("JSR") was due on October 18, 2021. Dkt. 65. After the parties failed to submit a JSR, the Court extended the deadline to November 30, 2021. Dkt. 66. Plaintiff requests further extension of the deadline to December 10, 2021. Dkt. 67. Defendant did not file any opposition to the requested extension.

Accordingly, it is **ORDERED** that Plaintiff's motion is **GRANTED** and the parties' JSR is now due on **December 10, 2021.** This extension is based on Plaintiff's representations that additional time is needed due to a move to a new residence and Plaintiff's knee injury. The parties are reminded that *no separate reports* are to be filed. Rather, they must confer and submit a *joint* report. Plaintiff is responsible for initiating communications with defendant's counsel to comply with this Order.

DATED this 8th day of November, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION - 1