UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CANDACE ERMELS,

        Plaintiff,

v.

SHORELINE SCHOOL DISTRICT,

        Defendant.

CASE NO. 2:20-cv-00893-RAJ-BAT

**ORDER RESCINDING COURT'S ORDER DATED DECEMBER 13, 2021**

On December 13, 2021, the Court ordered Plaintiff to file a status report and discovery plan. Dkt. 72. The Court issued this Order based on Plaintiff's representation that Defendant's counsel failed to respond to her request for a conference. Dkt. 71. Defendant's counsel has, however, provided evidence that she transmitted an email to Plaintiff on December 8, 2021 with a proposed joint status report ("JSR"). Dkt. 73, Exs. A and B.

Accordingly, it is **ORDERED** that the Court's prior Order dated December 13, 2021 is **rescinded**. Plaintiff is **ORDERED** to provide her input *on the areas covered in Defendant's proposed JSR* by **December 30, 2021**. The Court will consider the input of both parties in setting the pretrial deadlines in this case.

DATED this 16th day of December, 2021.

                                                  BRIAN A. TSUCHIDA
                                                  United States Magistrate Judge