HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CANDACE ERMELS,

    Plaintiff,

v.

SHORELINE SCHOOL DISTRICT,

    Defendant.

Case No. 20-cv-00893-RAJ-BAT

**ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Defendant's motion for judgment on the pleadings (Dkt. 78) is **GRANTED**; Plaintiff's complaint is **dismissed with prejudice**.

(3) Defendant's motion to strike (Dkt. 81) is **GRANTED**;

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida and to close this case.

Dated this 19th day of September, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1